MASON N. SWAN, as Executor of SARAH COLLINS, Deceased, Respondent, *v.* GILBERT L. GARDNER, Appellant.

*Swan* v. *Gardner,* 131 App. Div. 923, affirmed.
(Argued May 2, 1911; decided May 16, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 12, 1909, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover

for services alleged to have been rendered by plaintiff's testator, during her lifetime, to the defendant.

*I. R. Breen* for appellant.

*Brayton A. Field* for respondent.

. Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.